# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Amanda Levey, | ) | |
| | ) | **ORDER FOR STATUS** |
| Plaintiff, | ) | **CONFERENCE** |
| | ) | |
| vs. | ) | |
| | ) | |
| St. Alexius Medical Center, d/b/a | ) | Case No. 1:20-cv-016 |
| CHI St. Alexius Health – Bismarck, | ) | |
| | ) | |
| Defendant. | ) | |

A status conference will be held before the magistrate judge on September 1, 2020, at 10:00 a.m. The conference will be conducted via telephone conference. To participate in the conference, counsel shall call the following number and enter the following access code:

Tel. No.: (877) 810-9415

Access Code: 8992581

**IT IS SO ORDERED.**

Dated this 2nd day of April, 2020.

                                                */s/ Clare R. Hochhalter*
                                                Clare R. Hochhalter, Magistrate Judge
                                                United States District Court